**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| KAREN PLATFOOT,<br><br>           Plaintiff,<br><br>                    v.<br><br>SANOFI US SERVICES, INC. et al.,<br><br><br>           Defendants. | Civil Case No. 1:23-cv-00740-JPH |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karen Platfoot and

Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc., hereby stipulate to the dismissal

of this action with prejudice with each party to bear its own attorney's fees and costs.

DATED:  January 16, 2025

Respectfully submitted,

/s/ *Matthew E. DePaz*
Matthew E. DePaz
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile:  (816) 421-5547
mdepaz@shb.com

Samantha Renee Pugh
BARNES & THORNBERG LLP
41 South High Street
Suite 3300
Columbus, OH 43215
Phone: 614-628-0096
Fax: 614-628-1433
spugh@btlaw.com

***Counsel for Sanofi U.S. Services Inc.***
***and sanofi-aventis U.S. LLC***

1

2

*/s/ Kirk J. Goza* (with permission)
Kirk J. Goza
Goza & Honnold, LLC
9500 Nall Ave., Suite 400
Overland Park, KS 66207-2950
913.451.3433
Fax: 913.839.0567
kgoza@gohonlaw.com

**Counsel for Plaintiff Karen Platfoot**

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which sends notification of such filing to all

CM/ECF participants.

| *Counsel for Plaintiff Karen Platfoot* | |
| --- | --- |
| Kirk J. Goza<br>Goza & Honnold, LLC<br>9500 Nall Ave., Suite 400<br>Overland Park, KS 66207-2950<br>913.451.3433<br>Fax: 913.839.0567<br>kgoza@gohonlaw.com | |
| *Counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.* | |
| Matthew Edward DePaz<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Tel: (816) 474-6550<br>Fax: (816) 421-5547<br>mdepaz@shb.com | Samantha Renee Pugh<br>BARNES & THORNBERG LLP<br>41 South High Street<br>Suite 3300<br>Columbus, OH 43215<br>Phone: 614-628-0096<br>Fax: 614-628-1433<br>spugh@btlaw.com |

/s/ *Matthew E. DePaz*

3